UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action
No: 1:25-cv-11499-NMG

<u>Petitioner</u>

Hea Thai

v.

<u>Respondent</u>

Hyde et al

<u>ORDER OF DISMISSAL</u>

GORTON, D.J.

In accordance with the Court's Order entered on June 11, 2025, it is hereby ORDERED that the above-entitled action be and hereby is dismissed.

By the Court,

<u>/s/ Nicole Cowan</u>
Docket Clerk

June 11, 2025